ACCEPTED
03-15-00468-CR
8341023
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/22/2015 11:50:34 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00468-CR

IN THE COURT OF APPEALS FOR THE
THIRD JUDICIAL DISTRICT OF TEXAS, AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/22/2015 11:50:34 AM
JEFFREY D. KYLE
Clerk

**Matthew Devere Warfield**, Appellant

v.

**The State of Texas**, Appellee

On Appeal from the 22nd District Court of Hays County in Cause No. CR-14-0882, the Honorable Gary Steel, Judge Presiding

# Motion for Extension of Time To File Appellant's Brief on Appeal

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW, Matthew Devere Warfield, Appellant in the above styled and numbered cause, by and through John G. Jasuta, his undersigned attorney of record, and respectfully enters this "Motion for Extension of Time to File Appellant's Brief on Appeal," and in support of such Motion would show the Court:

I

Appellant was convicted of the offenses of Evading Arrest (Count I), Aggravated Assault with a Deadly Weapon (Count II) and

Tampering with Physical Evidence (Count III). Appellant was sentenced to confinement for twenty (20) years in Count I, forty (40) years in Count II, and fifteen (15) years in Count III. The trial court imposed sentence on July 16, 2015. Motion for new trial and Notice of Appeal were timely filed with the clerk of the trial court.

## II

The deadline for filing Appellant's Brief with the Court is 23rd of December, 2015. The undersigned makes this request because the issues presented by this multi-count case are complex and intertwined and have, therefore, required additional study and research. This additional research and study require additional time.

## III

Said attorney would further show that, due to scheduling commitments already in place, he will require an additional forty-five (45) days in which to complete the research and prepare

Appellant's Brief on Appeal. This is Appellant's first request for an extension of time in which to file his brief.

## Prayer

WHEREFORE PREMISES CONSIDERED, Appellant prays this Honorable Court to grant his "Motion for Extension of Time to File Brief on Appeal," and Order that the deadline for filing such be extended an additional forty-five (45) days, until February 8, 2016, or until such time as set by this Court.

Respectfully submitted,

**John G. Jasuta**
Attorney at Law
1801 East 51st Street, Suite 365-474
Austin, Texas 78723
eMail: lawyer1@johngjasuta.com
Tel. 512-474-4747
Fax: 512-532-6282
State Bar No. 10592300

Attorney for Appellant

## Certificate of Compliance and Delivery

This is to certify that: (1) this document, created using WordPerfect™ X7 software, contains 376 words, excluding those items permitted by Rule 9.4 (i)(1), Tex.R.App.Pro., and complies with Rules 9.4 (i)(2)(B) and 9.4 (i)(3), Tex.R.App.Pro.; and (2) on December 22, 2015, a true and correct copy of the above and foregoing "Motion for Extension of Time to File Appellant's Brief on Appeal" was transmitted via the eService function on the State's eFiling portal, to Kathleen Arnold (kathleen.arnold@co.hays.tx.us), counsel of record for the State of Texas.

_____
**John G. Jasuta**